IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE,
*S.C.*, *an individual*,

    Plaintiff,

v.                                                              1:23-cv-00451-SCY-JMR

THE SHERATON, LLC; STARWOOD
HOTELS & RESORTS WORLDWIDE, LLC;
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.;
MARRIOTT INTERNATIONAL, INC.; LOUISIANA HOTEL
CORPORATION, *d/b/a Sheraton Uptown Albuquerque*,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On May 30, 2023, plaintiff served defendant Louisiana Hotel Corporation with a summons and the original complaint. Doc. 14. Louisiana Hotel Corporation's original responsive pleading was due June 22, 2023. On July 8, 2023, plaintiff served Louisiana Hotel Corporation with a summons and an amended complaint. Doc. 24. Therefore, Louisiana Hotel Corporation's responsive pleading to the amended complaint was due on July 31, 2023. To date, Louisiana Hotel Corporation has not filed a responsive pleading to either the original or amended complaints. The record does not reflect any further activity by plaintiff to proceed with its claims against defendant Louisiana Hotel Corporation.

Pursuant to D.N.M.LR-Civ. 41.1, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward."

2

IT IS THEREFORE ORDERED that plaintiff show cause no later than **November 15, 2023**, why the claims against defendant Louisiana Hotel Corporation should not be dismissed without prejudice for failure to prosecute.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge