IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE
*S.C., an individual,*

    Plaintiff,

v.                                     Case No. 1:23-cv-00451-KG-JMR

THE SHERATON, LLC; STARWOOD
HOTELS & RESORTS WORLDWIDE, LLC
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.;
MARRIOTT INTERNATIONAL, INC.; LOUISIANA HOTEL
CORPORATION, *d/b/a Sheraton Uptown Albuquerque,*

    Defendants.

## UNOPPOSED MOTION TO SET ASIDE DEFAULT JUDGMENT

Defendant Louisiana Corporation ("Louisiana") hereby moves the Court pursuant to Fed. R. Civ. P. 55(c) to set aside the Entry of Default entered in this matter by the Clerk of the Court on November 15, 2023. As grounds for this Motion, Louisiana states that a series of events out of Louisiana's control delayed Louisiana's efforts to retain counsel to defend it in this matter. Counsel have now entered their appearance on behalf of Louisiana, and it is ready to proceed.

Counsel for Plaintiff concur in the relief requested in this Motion.

WHEREFORE, Louisiana respectfully requests that the Court set aside the Entry of Default entered against Louisiana and grant such other relief as is just in the premises.

                                                            Respectfully submitted,

                                                            MILLER STRATVERT P.A.

                                                            By: */s/ Charlotte A. Lamont*
                                                            Dan Akenhead
                                                            Charlotte A. Lamont
                                                            Laureana A. Larkin
                                                            Andrew Q. Varan
                                                            dakenhead@mstlaw.com

clamont@mstlaw.com
llarkin@mstlaw.com
avaran@mstlaw.com
P.O. Box 25684
Albuquerque, NM 87125
Telephone: (505) 842-1950
Facsimile: (505) 243-4408

Attorneys for Louisiana Hotel Corporation d/b/a Sheraton Albuquerque Uptown

I hereby certify that, on this 1st day of December, 2023, I filed the foregoing using CM/ECF which caused to following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**YOUTZ & VALDEZ, P.C.**
Shane Youtz
Stephen Curtice
James A. Montalbano
900 Gold Ave. SW
Albuquerque, NM 87102
shane@youtzvaldez.com
stephen@youtzvaldez.com
james@youtzvaldez.com
Attorneys for Plaintiff

**PROVOST UMPHREY LAW FIRM**
Edward Fisher
350 Pine Street, Suite 1100
Beaumont, TX 77701
efisher@pulf.com
Patrick Barrett
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@pulf.com
Attorneys for Plaintiff

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
Andrew G. Schultz
Melanie B. Stambaugh
Noell S. Huffmyer

P.O. Box 1888
Albuquerque, NM 87103
aschultz@rodey.com
mstambaugh@rodey.com
nhuffmyer@rodey.com
Attorneys for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc.

**DLA PIPER LLP (US)**
Michael P. O'Day
Ellen Dew
650 South Exeter St., Suite 1100
Baltimore, MD 21202
michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com
Attorneys for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc.


By: */s/ Charlotte A. Lamont*