IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE
*S.C., an individual,*

      Plaintiff,

v.                             Case No. 1:23-cv-00451-KG-JMR

THE SHERATON, LLC; STARWOOD
HOTELS & RESORTS WORLDWIDE, LLC,
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.;
MARRIOTT INTERNATIONAL, INC.; LOUISIANA HOTEL
CORPORATION, *d/b/a Sheraton Uptown Albuquerque,*

      Defendants.

## ORDER SETTING ASIDE DEFAULT JUDGMENT

This matter came before the Court on the Unopposed Motion to Set Aside Default Judgment filed by Defendant Louisiana Hotel Corporation on December 1, 2023. [Doc. 47, filed 12/01/23.] The Court, having reviewed the Motion, finds it well-taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Entry of Default entered against Louisiana Hotel Corporation in this matter is hereby set aside and vacated.

UNITED STATED DISTRICT JUDGE

Submitted by:

MILLER STRATVERT P.A.

*/s/ Charlotte A. Lamont*
Dan Akenhead
Charlotte A. Lamont
Laureana A. Larkin
Andrew Q. Varan
Attorneys for Louisiana Hotel Corporation.

Approved by:

YOUTZ & VALDEZ, P.C.

*Electronic Approval Given 11/30/23*
Shane Youtz
Stephen Curtice
James A. Montalbano

PROVOST UMPHREY LAW FIRM

*Electronic Approval Given 11/30/23*
Edward Fisher
Patrick Barrett
Attorneys for Plaintiff

RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.

*Electronic Approval Given 11/29/23*
Andrew G. Schultz
Melanie B. Stambaugh
Noell S. Huffmyer

DLA PIPER LLP (US)

*Electronic Approval Given 11/29/23*
Michael P. O'Day
Ellen Dew

Attorneys for Defendants The Sheraton LLC,
Starwood Hotels & Resorts Worldwide, LLC,
Starwood Hotels & Resorts Worldwide, Inc.,
and Marriott International, Inc.