IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE (S.C.), an individual,

    Plaintiff,

v.                                                                             Case No.: 1:23-cv-00451-KG-JMR

THE SHERATON, LLC, STARWOOD
HOTELS & RESORTS WORLDWIDE, LLC,
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., MARRIOTT
INTERNATIONAL, INC. AND LOUISIANA
HOTEL CORPORATION d/b/a SHERATON
ALBUQUERQUE UPTOWN,

    Defendants.

**NOTICE OF WITHDRAWAL**

       ANDREW G. SCHULTZ of the firm Rodey, Dickason, Sloan, Akin & Robb, P.A. gives notice of his withdrawal as counsel of record for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc. in the present case. All other counsel of record for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc. shall remain the same.

RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A.

By     */s/ Andrew G. Schultz*
      Andrew G. Schultz
      Melanie B. Stambaugh
      Noell S. Huffmyer
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
Email:  aschultz@rodey.com
      mstambaugh@rodey.com
      nhuffmyer@rodey.com

    and

Michael P. O'Day
Ellen Dew
DLA PIPER LLP (US)
650 South Exeter Street - Suite 1100
Baltimore, Maryland 21202
Phone: 410-580-3000
Fax:    410-580-3001
Email: michael.oday@us.dlapiper.com
      ellen.dew@us.dlapiper.com

*Attorneys for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc.*