IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *S.C., an individual*,

        Plaintiff,

v.                                                          1:23-cv-00451-KG-JMR

THE SHERATON, LLC; STARWOOD
HOTELS & RESORTS WORLDWIDE,
LLC.; STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.; MARRIOTT
INTERNATIONAL, INC.; and LOUISIANA
HOTEL CORPORATION *d.b.a. Sheraton
Albuquerque Uptown*;

        Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Wednesday, November 13, 2024**, at **10:00 a.m. Mountain Time.** Counsel shall call my AT&T toll-free conference line at 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings. The parties should be prepared to discuss the status of discovery and whether it is appropriate to schedule a settlement conference.

                                                                       JENNIFER M. ROZZONI
                                                                       United States Magistrate Judge