IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE
*S.C., an individual,*

      Plaintiff,

v.                                                    Case No. 1:23-cv-00451-KG-JMR

THE SHERATON, LLC, et al.

      Defendants.

## ORDER GRANTING DEFENDANT LHC'S
## UNOPPOSED MOTION TO FILE UNDER SEAL

This matter came before the Court on Defendant Louisiana Hotel Corporation's ("LHC") Unopposed Motion to File Under Seal [Doc 146, filed 04/01/25]. The Court, having reviewed the Motion, FINDS it well-taken and hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendant LHC shall file Exhibit I to its forthcoming Reply in Support of Defendant LHC's Motion for Summary Judgment and Exhibits A through C to its forthcoming Response to Motion of Trustee Lawrence Warfield, Trustee of the Bankruptcy Estate of Jane Doe (S.C.), to Join as Party Plaintiff under seal in their entirety, and that those documents shall not be made available to the public.

                                                   /s/ KENNETH J. GONZALES[1]
                                                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

**Submitted by:**

**MILLER STRATVERT P.A.**

By: */s/ Elizabeth M. Reitzel*
Elizabeth M. Reitzel
Laureana A. Larkin
Ashley J. Cook
P.O. Box 25684
Albuquerque, NM 87125
Telephone: (505) 842-1950
Facsimile: (505) 243-4408
ereitzel@mstlaw.com
llarkin@mstlaw.com
acook@mstlaw.com
*Attorneys for Louisiana Hotel Corporation*
*d/b/a Sheraton Albuquerque Uptown*

**Approved:**

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

Linda M. Vanzi
Melanie B. Stambaugh
Noell S. Huffmyer
P.O. Box 1888
Albuquerque, NM 87103
lvanzi@rodey.com
mstambaugh@rodey.com
nhuffmyer@rodey.com

**DLA PIPER LLP (US)**

By: */s/ Approved via email 04/01/2025*
Michael P. O'Day
Ellen Dew
Virginia R. Callahan
650 South Exeter St., Suite 1100
Baltimore, MD 21202
michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com
virginia.callahan@us.dlapiper.com
*Attorneys for Defendants The Sheraton LLC,*
*Starwood Hotels & Resorts Worldwide, LLC,*
*Starwood Hotels & Resorts Worldwide, Inc.,*
*and Marriott International, Inc.*

**YOUTZ & VALDEZ, P.C.**

Shane Youtz
Stephen Curtice
James A. Montalbano
900 Gold Ave. SW
Albuquerque, NM 87102
shane@youtzvaldez.com
stephen@youtzvaldez.com
james@youtzvaldez.com

**PROVOST UMPHREY LAW FIRM**

By: */s/  Approved via email 04/01/2025*
Edward Fisher
350 Pine Street, Suite 1100
Beaumont, TX 77701
efisher@pulf.com
Patrick Barrett
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@pulf.com

**ANNIE MCADAMS, PC**
Annie McAdams
1150 Bissonnet
Houston, TX 77005
annie@mcadamspc.com

*Attorneys for Plaintiff*