**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LAWRENCE WARFIELD,
*Trustee*,

      Plaintiff,

v.                                Case No. 1:23-cv-00451-KG-JMR

THE SHERATON, LLC, STARWOOD
HOTELS & RESORTS WORLDWIDE,
LLC.; STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.; MARRIOTT
INTERNATIONAL, INC.; and LOUISIANA
HOTEL CORPORATION *d.b.a. Sheraton
Albuquerque Uptown*;

      Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court on the *Joint Motion to Dismiss with Prejudice* ("Motion") [Doc 185]. The Court, having reviewed the Motion and being fully advised in the premises, FINDS it is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's First Amended Complaint herein, and all claims asserted therein or claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2

**SUBMITTED BY:**

MILLER STRATVERT P.A.

*/s/ Ashley J. Cook*
Elizabeth M. Reitzel
Laureana A. Larkin
Ashley J. Cook
P.O. Box 25684
Albuquerque, NM 87125
Telephone: (505) 842-1950
Facsimile: (505) 243-4408
ereitzel@mstlaw.com
llarkin@mstlaw.com
acook@mstlaw.com
*Attorneys for Louisiana Hotel Corporation*
*d/b/a Sheraton Albuquerque Uptown*

**APPROVED BY:**

**YOUTZ & VALDEZ, P.C.**

*/s/ Patrick Barrett, approved via email 3/17/2026*
Shane Youtz
Stephen Curtice
James A. Montalbano
900 Gold Ave. SW
Albuquerque, NM 87102
shane@youtzvaldez.com
stephen@youtzvaldez.com
james@youtzvaldez.com
*Attorneys for Plaintiff*

-and-

**PROVOST UMPHREY LAW FIRM**

Edward Fisher
350 Pine Street, Suite 1100
Beaumont, TX 77701
efisher@pulf.com
Patrick Barrett
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@pulf.com
*Attorneys for Plaintiff*

2

**RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.**

*/s/ Ellen Dew, approved via email 3/17/2026*
Linda M. Vanzi
Melanie B. Stambaugh
Noell S. Huffmyer
P.O. Box 1888
Albuquerque, NM 87103
lvanzi@@rodey.com
mstambaugh@rodey.com
nhuffmyer@rodey.com
*Attorneys for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc.*

-and-

**DLA PIPER LLP (US)**

Michael P. O'Day
Ellen Dew
650 South Exeter St., Suite 1100
Baltimore, MD 21202
michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com
*Attorneys for Defendants The Sheraton LLC, Starwood Hotels & Resorts Worldwide, LLC, Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc.*